# Exhibit 2

## U.S. Patent No. 8,244,586 ("'586 Patent")

Microsoft's advertising platform and all variations thereof infringe at least Claim 1 of the '586 Patent.

| Claim 1 | Microsoft's advertising platform |
| --- | --- |
| 1[pre]. A tangible computer system programmed to implement a method of securing revenue from offsite targeted Internet advertising, the method comprising: | To the extent the preamble is limiting, Microsoft's advertising platform is a tangible computer system programmed to implement a method of securing revenue from offsite targeted Internet advertising.<br><br>*See, e.g.*, evidence and analysis for claim limitations (a)-(c) below.<br><br>[Image: Microsoft Advertising promotional banner stating "Reach more customers and get more results — Use Microsoft Advertising to connect with millions of potential customers searching for your business" with a "Learn more" button.]<br><br>Source: https://about.ads.microsoft.com/en-us<br><br>[Image: "Cost of Microsoft Advertising paid search" section stating "Microsoft Advertising is a cost-effective way to reach new customers when they're already searching for your products and services. Creating a Microsoft Advertising account is free and easy to do with no setup costs or maintenance fees. You determine the budget that's best for you — from several daily options — and maximize your marketing dollars with ads that can be customized based on geographic location, device and keyword to reach the customers most likely to buy."]<br><br>Source: https://about.ads.microsoft.com/en-us/get-started/small-business/cost-of-microsoft-advertising |

| | |
|---|---|
| (a) automatically creating records of a multitude of visitor computers that visit a first Internet site using a tag on each of such visitor computers; | Microsoft's advertising platform automatically creating records of a multitude of visitor computers that visit a first Internet site using a tag on each of such visitor computers.<br><br>For example, when visitor computers visit a first Internet site, Microsoft's advertising platform uses a computer system (including servers) to create records of the visitor computer using a tag based on information (such as, e.g., information obtained via cookies as a result of the visitor visiting the first Internet site).<br><br>*See, e.g.*:<br><br>Microsoft collects data from you, through our interactions with you and through our products for a variety of purposes described below, including to operate effectively and provide you with the best experiences with our products. You provide some of this data directly, such as when you create a Microsoft account, administer your organization's licensing account, submit a search query to Bing, register for a Microsoft event, speak a voice command to Cortana, upload a document to OneDrive, purchase an MSDN subscription, sign up for Office 365, or contact us for support. We get some of it by collecting data about your interactions, use, and experience with our products and communications.<br><br>Cookies are small text files placed on your device to store data that can be recalled by a web server in the domain that placed the cookie. This data often consists of a string of numbers and letters that uniquely identifies your computer, but it can contain other information as well. Some cookies are placed by third parties acting on our behalf. We use cookies and similar technologies to store and honor your preferences and settings, enable you to sign-in, provide interest-based advertising, combat fraud, analyze how our products perform, and fulfill other legitimate purposes described below. Microsoft apps use additional identifiers, such as the advertising ID in Windows, for similar purposes, and many of our websites and applications also contain web beacons or other similar technologies, as described below.<br>• **Interest-based advertising**. Microsoft uses cookies to collect data about your online activity and identify your interests so that we can provide advertising that is most relevant to you. You can opt out of receiving interest-based advertising from Microsoft as described in the How to access and control your personal data section of this privacy statement.<br>Source: https://privacy.microsoft.com/en-us/privacystatement#mainadvertisingmodule |

Massive reach you can trust

Reach hundreds of millions of people through brand-safe environments or placements on premium sites including MSN, Outlook.com, Microsoft Edge and other partners, with more to come.[3]

Source: https://about.ads.microsoft.com/en-us/solutions/microsoft-audience-network

## About audience marketing and the Microsoft Audience Network

Not everyone has this feature yet. If you don't, don't worry—it's coming soon!

While search engine marketing is focused on showing the best ad for a search query, audience marketing is all about showing the best ad for an individual person. With audience marketing, you can reach people in the right place at the right moment by showing them your ad wherever they are, on whatever device.

## Meet the Microsoft Audience Network

The Microsoft Audience Network uses Microsoft's deep understanding of customers and proprietary artificial intelligence (AI) to place Microsoft Audience Ads on Microsoft properties and other premium platforms. Microsoft Audience Ads are high-quality, cross-device, native placements in sites like MSN, Outlook.com, Microsoft Edge, and many more.

## Microsoft Audience Ads

Microsoft Audience Ads are responsive, automatically adjusting to various sizes and shapes to naturally blend in with the fundamental experience of the page they are placed in. The Microsoft Audience Network supports two ad formats: image-based ads and feed-based ads.
Great images grab people's attention. And you can use any existing image assets you're already using on the Google Display Network or the Facebook Audience Network. Here's an example of what an image-based ad could look like:

| | |
|---|---|
| | **How does it work?**<br><br>Audience marketing on the Microsoft Audience Network is driven by the Microsoft Graph. The Microsoft Graph is the technology that integrates Microsoft services and products such as Windows, Office, Outlook.com, and Azure.<br>==Our AI takes the wealth of Microsoft Graph data and learns about individual consumers: What they're searching for, what they read on the web, what they purchase, what information they've shared on LinkedIn and other sites, and countless more variables. Then it matches individual consumers with Microsoft Audience Ads that are just right for them, and that appear right where we knew they were going to look.==<br><br>https://help.ads.microsoft.com/#apex/3/en/56906/-1 |
| (b) automatically facilitating direction of at least one off-site advertisement to visitor computers visiting a second Internet site as a consequence of computer-determining, using the tags and the records, that the visitor computers have visited the first Internet site, which off-site advertisement concerns at least one offering of a third-party advertiser that has paid to display said advertisement on visitor computers that have visited the first Internet site and has displayable subject matter that is targeted to visitors of the first Internet site based on visitor profile information connected to the tag; and | Microsoft's advertising platform automatically facilitates direction of at least one off-site advertisement to visitor computers visiting a second Internet site as a consequence of computer-determining, using the tags and the records, that the visitor computers have visited the first Internet site, which off-site advertisement concerns at least one offering of a third-party advertiser that has paid to display said advertisement on visitor computers that have visited the first Internet site and has displayable subject matter that is targeted to visitors of the first Internet site based on visitor profile information connected to the tag.<br><br>For example, Microsoft and its advertising partners (such as, e.g., operators of or affiliates with the second website) target the advertisement directed to the visitor to the second website based on the profile attributes discussed above with respect to limitation (a).<br><br>*See, e.g.*:<br><br>Massive reach you can trust<br><br>Reach hundreds of millions of people through brand-safe environments or placements on premium sites including MSN, Outlook.com, Microsoft Edge and other partners, with more to come.[3]<br><br>Source: https://about.ads.microsoft.com/en-us/solutions/microsoft-audience-network |

| | |
|---|---|
| | Microsoft collects data from you, through our interactions with you and through our products for a variety of purposes described below, including to operate effectively and provide you with the best experiences with our products. You provide some of this data directly, such as when you create a Microsoft account, administer your organization's licensing account, submit a search query to Bing, register for a Microsoft event, speak a voice command to Cortana, upload a document to OneDrive, purchase an MSDN subscription, sign up for Office 365, or contact us for support. We get some of it by collecting data about your interactions, use, and experience with our products and communications.<br><br>Cookies are small text files placed on your device to store data that can be recalled by a web server in the domain that placed the cookie. This data often consists of a string of numbers and letters that uniquely identifies your computer, but it can contain other information as well. Some cookies are placed by third parties acting on our behalf. We use cookies and similar technologies to store and honor your preferences and settings, enable you to sign-in, provide interest-based advertising, combat fraud, analyze how our products perform, and fulfill other legitimate purposes described below. Microsoft apps use additional identifiers, such as the advertising ID in Windows, for similar purposes, and many of our websites and applications also contain web beacons or other similar technologies, as described below.<br>• **Interest-based advertising**. Microsoft uses cookies to collect data about your online activity and identify your interests so that we can provide advertising that is most relevant to you. You can opt out of receiving interest-based advertising from Microsoft as described in the How to access and control your personal data section of this privacy statement.<br>Source: https://privacy.microsoft.com/en-us/privacystatement |

| | |
|---|---|
| | **What are personalized ads?**<br><br>Personalized ads are advertisements that we believe will be more interesting and useful to you based on data from your devices and other data you share with us, including your searches, site visits, and topics you often explore. We do not show personalized ads if you have turned off the settings on this page.<br><br>For example, if you search for "luxury cars" on Bing, we may use your search query to show you an ad for a luxury car maker when you visit the MSN website or use MSN mobile.<br><br>**Why does Microsoft show personalized ads?**<br><br>We show personalized ads so that customers can more easily find products and services they have expressed an interest in and to enable advertisers to more easily reach customers who have already expressed an interest in their products. We want the ads you see on Microsoft products and services to be useful and relevant to you and to enable our advertisers to reach those customers who are most likely to engage with their products and services.<br><br>**How does Microsoft deliver personalized ads?**<br><br>Microsoft partners with Oath, AppNexus and other third party providers to display personalized ads on MSN, Outlook.com and other websites and apps. Microsoft also delivers search ads to Bing and our search syndication partners. To learn more about Microsoft privacy practices, read the Privacy Statement. You can learn more about personalized ads from Oath and AppNexus in the Oath and AppNexus privacy statements.<br><br>**How is my list of interests populated?**<br><br>Based on your browsing, search, and other online activity data, Microsoft infers topics of interest that you may like and adds them to the list. Some of the ads you see are based on these topics of interest. In some cases, interests may not appear in your language.<br><br>Source: https://account.microsoft.com/privacy/ad-settings/signedout?refd=about.ads.microsoft.com&ru=https:%2F%2Faccount.microsoft.com%2Fprivacy%2Fad-settings%3Frefd%3Dabout.ads.microsoft.com |
| (c) as a result of the acts in parts (a) and (b), automatically causing the first Internet site to receive revenue from the | Microsoft's advertising platform automatically causes the first Internet site to receive revenue from the off-site advertisement being directed to the visitor computers that have visited the first Internet site. |

| | |
|---|---|
| off-site advertisement being directed to the visitor computers that have visited the first Internet site. | For example, Microsoft's advertising platform automatically sends revenue to the first Internet site through its Audience Network payments.<br><br>*See, e.g.:*<br><br>**Cost of Microsoft Advertising paid search**<br><br>Microsoft Advertising is a cost-effective way to reach new customers when they're already searching for your products and services. Creating a Microsoft Advertising account is free and easy to do with no setup costs or maintenance fees. You determine the budget that's best for you — from several daily options — and maximize your marketing dollars with ads that can be customized based on geographic location, device and keyword to reach the customers most likely to buy.<br><br>Source: https://about.ads.microsoft.com/en-us/get-started/small-business/cost-of-microsoft-advertising<br><br>You can also make choices about the collection and use of your data by Microsoft. You can control your personal data that Microsoft has obtained, and exercise your data protection rights, by contacting Microsoft or using various tools we provide. In some cases, your ability to access or control your personal data will be limited, as required or permitted by applicable law. How you can access or control your personal data will also depend on which products you use. For example, you can:<br><br>- Control the use of your data for interest-based advertising from Microsoft by visiting our opt-out page.<br>- Choose whether you wish to receive promotional emails, SMS messages, telephone calls, and postal mail from Microsoft.<br>- Access and clear some of your data through the Microsoft privacy dashboard.<br><br>Source: https://privacy.microsoft.com/en-us/privacystatement#mainadvertisingmodule |