# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| ALMONDNET, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>ROKU, INC.,<br><br>        Defendant. | Case No. 6:21-cv-00876-ADA<br><br>JURY TRIAL DEMANDED |
| ALMONDNET, INC. and<br>INTENT IQ, LLC,<br><br>        Plaintiffs,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD.;<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.; and ADGEAR<br>TECHNOLOGIES INC.,<br><br>        Defendants. | Case No. 6:21-cv-00891-ADA<br><br>JURY TRIAL DEMANDED |
| ALMONDNET, INC. and<br>INTENT IQ, LLC,<br><br>        Plaintiffs,<br><br>    v.<br><br>FACEBOOK, INC.,<br><br>        Defendant. | Case No. 6:21-cv-00896-ADA<br><br>JURY TRIAL DEMANDED |

| | |
|---|---|
| ALMONDNET, INC. and INTENT IQ, LLC, <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br>MICROSOFT CORP., <br><br>　　　　　Defendant. | Case No. 6:21-cv-00897-ADA <br><br> JURY TRIAL DEMANDED |
| ALMONDNET, INC. and INTENT IQ, LLC, <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br>AMAZON.COM, INC.; AMAZON.COM SERVICES LLC; and AMAZON WEB SERVICES, INC., <br><br>　　　　　Defendants. | Case No. 6:21-cv-00898-ADA <br><br> JURY TRIAL DEMANDED |

## **JOINT SCHEDULE**

In accordance with the Court's June 16, 2021 Amended Standing Order Regarding Notice of Readiness for Patent Cases, the case management conference in this case was deemed to have occurred on January 12, 2022. The parties have met-and-conferred, including telephonically on February 1 and February 3, 2022. As a result of such hearing and conferring, and pursuant to Rule 16, Federal Rules of Civil Procedure and the Court's Default Schedule, attached as Appendix A to the Court's Order Governing Proceedings for Patent Cases, the Court ORDERS that the following schedule will govern deadlines up to and including the trial of this matter:

| Deadline | Item |
|---|---|
| January 5, 2022 | Plaintiff serves preliminary[1] infringement contentions in the form of a chart setting forth where in the accused product(s) each element of the asserted claim(s) are found. Plaintiff shall also identify the earliest priority date (*i.e.* the earliest date of invention) for each asserted claim and produce: (1) all documents evidencing conception and reduction to practice for each claimed invention, and (2) a copy of the file history for each patent in suit. |
| February 8, 2022 | The Parties shall submit an agreed Scheduling Order. If the parties cannot agree, the parties shall submit a separate Joint Motion for entry of Scheduling Order briefly setting forth their respective positions on items where they cannot agree. Absent agreement of the parties, the Plaintiff shall be responsible for the timely submission of this and other Joint filings. |
| February 10, 2022 | Plaintiff reduces the asserted claims to no more than 50 claims per defendant. |
| April 7, 2022 | Defendants serve preliminary invalidity contentions in the form of (1) a chart setting forth where in the prior art references each element of the asserted claim(s) are found, (2) an identification of any limitations the Defendants contend are indefinite or lack written description under section 112, and (3) an identification of any claims the Defendants contend are directed to ineligible subject matter under section 101. Defendants shall also produce (1) all prior art referenced in the invalidity contentions, and (2) technical documents, including software where applicable, sufficient to show the operation of the accused product(s). |
| April 21, 2022 | Parties exchange claim terms for construction. |
| May 5, 2022 | Parties exchange proposed claim constructions. |
| May 12, 2022 | Parties disclose extrinsic evidence. The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon with respect to claim construction or indefiniteness. With respect to any expert identified, the parties shall identify the scope of the topics for the witness's expected testimony.[2] With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced. |

---

[1] The parties may amend preliminary infringement contentions and preliminary invalidity contentions without leave of court so long as counsel certifies that it undertook reasonable efforts to prepare its preliminary contentions and the amendment is based on material identified after those preliminary contentions were served, and should do so seasonably upon identifying any such material. Any amendment to add patent claims requires leave of court so that the Court can address any scheduling issues.

[2] Any party may utilize a rebuttal expert in response to a brief where expert testimony is relied upon by the other party.

| Deadline | Item |
|---|---|
| May 19, 2022 | Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. |
| May 26, 2022 | Defendants file Opening claim construction briefs, including any arguments that any claim terms are indefinite. |
| June 16, 2022 | Plaintiff files Responsive claim construction brief. |
| June 30, 2022 | Defendants file Reply claim construction briefs. |
| July 14, 2022 | Plaintiff files a Sur-Reply claim construction brief. |
| July 19, 2022 | Parties submit Joint Claim Construction Statement. *See* General Issues Note #9 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). |
| July 28, 2022 | Parties submit optional technical tutorials to the Court and technical adviser (if appointed). |
| August 18, 2022 | *Markman* Hearing at 9:00 a.m. This date is a placeholder and the Court may adjust this date as the Markman hearing approaches. |
| August 19, 2022 | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). |
| September 29, 2022 | Deadline to add parties. |
| November 22, 2022 | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to infringement or invalidity contentions. This deadline does not relieve the parties of their obligation to seasonably amend if new information is identified after initial contentions. |
| December 8, 2022 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. (Note: This includes amendments in response to a 12(c) motion.) |
| February 16, 2023 | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's Law Clerk to arrange a teleconference with the Court to resolve the disputed issues. |
| March 16, 2023 | Close of Fact Discovery. |
| March 30, 2023 | Opening Expert Reports. |
| April 27, 2023 | Rebuttal Expert Reports. |
| May 18, 2023 | Close of Expert Discovery. |
| May 25, 2023 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| June 1, 2023 | Dispositive motion deadline and *Daubert* motion deadline. See General Issues Note #9 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). |

| Deadline | Item |
|---|---|
| June 15, 2023 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). |
| June 26, 2023 | Parties email the Court's law clerk to confirm pretrial and trial dates |
| June 29, 2023 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| July 6, 2023 | Serve objections to rebuttal disclosures; file Motions *in limine*. |
| July 13, 2023 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine* |
| July 20, 2023 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com<br><br>Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| July 31, 2023 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| August 3, 2023 | Final Pretrial Conference. The Court expects to set this date at the conclusion of the *Markman* Hearing. |
| August 21, 2023 | Jury Selection/Trial. The Court expects to set this date at the conclusion of the *Markman* Hearing. |

SIGNED this 23rd day of February, 2022.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE